**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10109 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-00629-CW |
| v. | |
| MAYRA MARTINEZ-PARRA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Claudia A. Wilken, District Judge, Presiding

Submitted December 19, 2011[**]

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Mayra Martinez-Parra appeals from the 27-month sentence imposed

following her guilty-plea conviction for escape, in violation of 18 U.S.C. § 751(a).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Martinez-Parra contends that her fully consecutive sentence is substantively unreasonable.  The consecutive sentence is consistent with the Guidelines.  *See* U.S.S.G. § 5G1.3(a).  In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence is substantively reasonable.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**